IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANTHONY BLUE, ET AL., | * |
| Plaintiff, | * |
| | *    Civil Action No. RDB-16-945 |
| | * |
| WARDEN, | * |
| Defendant. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

<u>NOTICE OF APPEARANCE</u>

TO THE CLERK:

Kindly enter my appearance on behalf of Plaintiffs in the above-captioned case, for the limited purpose of investigating potential claims and preparing and filing Amended Complaints as well as accompanying Motions to Proceed in Forma Pauperis, where appropriate, on behalf of each Plaintiff.

          Respectfully submitted,

          _____/s/_____
          Damien D. Dorsey
          (Fed. Bar No. 19194)
          Prisoner Rights Information System
          Of Maryland, Inc.
          PO Box 929
          Chestertown, Maryland 21620
          (410)-778-1700

          Counsel for Plaintiffs