May 18th, 2016

Roxbury Correctional Inst.
18701 Roxbury Road.
Hagerstown, Maryland
            21746

FILED        ENTERED
LOGGED        RECEIVED

MAY 25 2016

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY                        DEPUTY

Plaintiffs
    v
Warden
Defendant

Civil Action Nos. RDB-16-945,946 —
947,948,949,950,951,952,953,954

To: United States District Court
    For The District Of Maryland

   Dear Judge Richard D. Bennett:


        This letter is to let the Court know of a few incidents
that occurred during and after the Vision Impaired (Blind) met with
Prisoner's Rights Information System of Maryland ("PRISM") chief counsel. —
Stephen Meehan.

                1. During the interview at the Roxbury Correctional Inst.
with Stephen Meehan some of the Vision Impaired (Blind) inmates had there
escorts inside the same room while Stephen Meehan was asking......

Continue on Page #2.

.....questions about the Civil Case as well as other things that the Vision Impaired (Blind) thought was going to stay confidential. The Institution employs inmates to escort the Vision Impaired (Blind) to places they cant make it on there own. By Stephen Meehan discretion to allow the Escorts to sit in on the Attorney Visit with his clients may have been a mistake as well as a _Violation_ of Attorney-Client Priviledges..... One of the Escorts _came back_ to the _Housing Unit_ while the Vision Impaired (Blind) was still being Interviewed by Stephen Meehan and approach a Correctional Officer and told her to "_Watch her Back_" because the Vision Impaired (Blind) Inmates are Snitching and telling on other Correctional Officer and inmates. This situation I think can have the _Courts BAN_ any and all Escorts from entering the same room or sitting in on any future Attorney Visits at Roxbury Institution with the Vision Impaired (Blind).

2. On May 12th 2016 the Counselor at the Roxbury Corr. Institution by the name of BAKER also was a Sergeant inside the same Institution ..... Continue on page #3.

..... Ms. Baker is a Counselor for some of the Vision Impaired (Blind) Inmates. On May 12th, 2016 Ms. Baker called some of the Vision Impaired (Blind) Inmates into her Office and was asking questions concerning the above Civil Action Suit and wanted them to _sign_ there signature on paper work she didn't want to give them copies ☺ for themselves or there Attorney. I believe that the _Courts_ should put something in place, or a Order so that the Vision Impaired (Blind) Inmates don't haft to sign any Paperwork with a lawyer being present or notified.

3. The Vision Impaired (Blind) Inmates would like to have the Courts envestigate and decide a fair and just way to get the Vision Impaired (Blind) inmates the tools they will need and understand throughout this ordeal.

4. The Vision Impaired (Blind) would like the Courts to deeply consider appointing Counsel that has dealt with Vision Impaired (Blind) in the past. Because the Vision Impaired are _NOT_ getting any satisfaction so far from (Prism).

Thank You
Inmate at Roxbury Correctional Inst.