IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ANTHONY BLUE | | |
| STEVEN BROWN | * | |
| WILBERT DELANO | | |
| GREGORY HAMMOND | * | |
| SEDRIC HOLLEY | | |
| RUSSELL HOPKINS | * | |
| JOHNNIE JAMES | | |
| TYRELL POLLEY | * | |
| MAYNARD SNEED | | |
| ROBERT WILSON | * | |
| | | |
| Plaintiffs, | * | |
| | | |
| v. | * | Civil Action No. RDB-16-945 |
| | | |
| DEPARTMENT OF PUBLIC SAFETY | * | |
| AND CORRECTIONAL SERVICES | | |
| STEPHEN MOYER | * | |
| DAYENA M. CORCORAN | | |
| RICHARD MILLER | * | |
| | | |
| Defendants. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Anthony Blue, through undersigned counsel, hereby gives notice that all of his claims in the above-captioned action are voluntarily dismissed as to all defendants. Remaining plaintiffs will proceed in this action against all defendants.

Respectfully submitted,

/S/
Stephen Z. Meehan
Federal Bar No. 23915

/S/
Damien Dorsey

                Federal Bar No. 19194

                Prisoner Rights Information System
                  of Maryland, Inc.
                P.O. Box 929
                Chestertown, Maryland  21620

                Telephone:  (410) 778-1700
                Telecopier:  (410) 778-3543
                Electronic Mail:  smeehan@prisminc.org
                                ddorsey@prisminc.org

Date: September 6, 2016