EXHIBIT 1

FORM TO BE USED BY A PRISONER SEEKING LEAVE TO PROCEED
IN FORMA PAUPERIS IN A CIVIL RIGHTS ACTION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Johnny James
(name of plaintiff)

v.

Civil Action No. _____
(Leave blank.  To be filled in by Court.)

Warden
(name of defendant)

## MOTION AND AFFIDAVIT TO PROCEED IN FORMA PAUPERIS

I, _____Johnny James_____, declare that I am the plaintiff in this case. Because of my poverty, I am unable to pay the filing fee and costs of this action at this time, nor am I able to give security therefor.

I understand that the fee for filing this type of case is $350.00.  I understand that if my motion is granted, it does not mean I will not have to pay this fee.  I understand that if my motion is granted, periodic deductions may be made from my inmate account until the entire fee is paid. By filing this motion, I am agreeing to allow such deductions as are required by law.  I understand that if I do not have money in my prison account, but have other resources, the Court may require that I pay the filing fee or a partial filing fee.

I believe that I have a meritorious complaint and am entitled to relief in these proceedings.

In support of this motion, I answer the following questions:

1983 Complaint Rev. (4/10/2006)

1.  Are you presently employed in a prison job or other assignment that results in compensation of any sort, including work release?

    YES [ ]     NO [X]

    a.  If you answered YES, list your employer or assignment and the amount of your wages.

        Employer/assignment: _____

        Monthly gross wages: _____

        Monthly net wages: *$18 / mo  (a thru school stipen) .*

    b.  If you answered NO, state the date of your last employment or assignment, the name of your employer or assignment, and the amount of wages you received.

        Date: _____

        Employer/assignment: _____

        Monthly gross wages: _____

        Monthly net wages: _____

2.  Within the past twelve months have you received any income from: 1) settlements, judgments, or monetary awards from a court; 2) Social Security, public assistance, workers' compensation or disability payments; 3) a business, profession or other form of self-employment; 4) rent, interest or dividends; 5) retirement, annuity, pension, or insurance payment; 6) gifts or inheritances; 7) or any other sources?

    YES [ ]     NO [X]

    If you answered YES, list the amount received, date it was received, and the source.

    | Amount | Date received | Source |
    |---|---|---|
    | _____ | _____ | _____ |
    | _____ | _____ | _____ |
    | _____ | _____ | _____ |

3.    How much money do you have in your prison account? $/8

4.    How much money do you have in checking, savings or other accounts outside of prison? _____

5.    Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles, or other valuable property (not including ordinary household furnishings and clothes)?

YES [  ]      NO [X]

If you answered YES, list the value and describe each item.

Value                Description

_____    _____

_____    _____

_____    _____

_____    _____

6.    List everyone (including businesses and the government) that you owe money and the amount that you owe.

Creditor              Total debt          Monthly payment

_____    _____    _____

_____    _____    _____

_____    _____    _____

_____    _____    _____

7.     List any other major monthly expenses that you are actually paying.

       Description                                    Monthly payment

       _____                _____

       _____                _____

8.     Attach a certified statement of your prison account for the past six months.  If you
       are unable to do this, one will be requested from prison officials.

**I DECLARE UNDER THE PENALTIES OF PERJURY THAT THE INFORMATION
ABOVE IS TRUE AND CORRECT.**

05|03|16
_____                             _____
(date)                                         (original signature of plaintiff)

                                               _____

                                               _____

                                               _____
                                               (address of plaintiff)