IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STEVEN BROWN et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | |
| | * | CIVIL ACTION NO. RDB-16-945 |
| DEPARTMENT OF PUBLIC | * | |
| SAFETY AND CORRECTIONAL | * | |
| SERVICES et al., | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \*

### **[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Sanctions Under Rule 37(b)(2), it is this ____ day of _____, 2019, ORDERED that:

The Motion be and hereby is GRANTED; and

a) Defendants shall not use any information or documents produced after March 1, 2019, in support of or in opposition to a dispositive motion;

b) An adverse inference shall be drawn against Defendants for purposes of summary judgment that the individual Defendants and the Department of Public Safety and Correctional Services had the requisite knowledge, intent, and/or reckless disregard to merit damages to Plaintiffs for each legal violation proven by Plaintiffs;

c) Plaintiffs shall be permitted to file supplemental briefs in support of or in opposition to motions for summary judgment if necessary to raise or respond to any information contained in Defendants' late-produced ESI; and

d)  Defendants shall pay the Plaintiffs' attorneys' fees and costs associated with meeting and conferring and preparing and arguing this motion regarding Defendants' late ESI production.  Plaintiffs shall submit these fees and costs to the Court for approval within 14 days of this Order.

_____
Richard D. Bennett
United States District Judge