IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STEVEN BROWN,  
WILBERT DELANO,  
GREGORY HAMMOND,  
SEDRIC HOLLEY,  
RUSSELL HOPKINS,  
JOHNNIE JAMES,  
TYRELL POLLEY,  
MAYNARD SNEED, and  
ROBERT WILSON,

        Plaintiffs,

v.

DEPARTMENT OF PUBLIC SAFETY  
AND CORRECTIONAL SERVICES,  
STEPHEN MOYER,  
DAYENA M. CORCORAN, and  
RICHARD MILLER,

        Defendants.

\* Civil Case No. 1:16-cv-00945

FILED
LODGED
RECEIVED
ENTERED

JUN - 6 2019

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                    DEPUTY

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs and

Defendants hereby stipulate and agree that this action is dismissed with prejudice,

provided that this dismissal shall be without prejudice to Plaintiffs' right to move this

Court to enforce the Parties' Settlement Agreement, as contemplated by Ex. 1, ¶ 19 to that

Agreement.

MOTION _GRANTED_ THIS _6TH_ DAY

OF _June_, 20_19_.

RICHARD D. BENNETT  
UNITED STATES DISTRICT JUDGE